UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, <br><br> Defendant. | Case No. <br><br> **JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT
AGAINST MOTOROLA MOBILITY LLC.**

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq.*, in which Plaintiff Sonrai Memory Limited ("Plaintiff" or "Sonrai") makes the following allegations against Defendant Motorola Mobility LLC ("Defendant"):

**INTRODUCTION**

1. This complaint arises from Defendant'S unlawful infringement of the following United States patent owned by Plaintiff, which relates to improvements in computer chip architecture having multiple processors on a single die: United States Patent No. 6,874,014 ("'014 Patent" or the "Asserted Patent").

**PARTIES**

2. Plaintiff Sonrai Memory Limited is a limited liability company organized and existing under the law of Ireland, with its principal place of business at The Hyde Building, Suite

23, The Park, Carrickmines, Dublin 18, Ireland. Sonrai is the sole owner by assignment of all right, title, and interest in the Asserted Patent.

3. On information and belief, Defendant Motorola Mobility LLC is a limited liability company organized under the laws of the State of Delaware, with its principal office at 222 W. Merchandise Mart Plaza, Suite 1800, Chicago, Illinois 60654.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338 (a).

5. This Court has personal jurisdiction over Defendant in this action because Defendant has committed acts within this District giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice. Defendant has its principal place of business within this District, at the address noted above. In addition, Defendant, directly and through subsidiaries or intermediaries, has committed and continues to commit acts of infringement in this District by, among other things, importing, offering to sell, and selling products that infringe the asserted patents.

6. Venue is proper in this District under 28 U.S.C. §1400 (b). Defendant Motorola Mobility LLC is registered to do business in Illinois, with its principal office being located in this District, and upon information and belief, has transacted business in this District and has committed acts of direct and indirect infringement in this District by, among other things, importing, offering to sell, and selling products that infringe the asserted patent.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 6,874,014

7. Plaintiff realleges and incorporates by reference the foregoing paragraphs as if fully set forth herein.

8. Plaintiff owns by assignment all rights, title, and interest in U.S. Patent No. 6,874,014, entitled "Chip Multiprocessor with Multiple Operating Systems." The '014 Patent was duly and legally issued by the United States Patent and Trademark Office on March 29, 2005. A true and correct copy of the '014 Patent is attached as Exhibit 1.

9. On information and belief, Defendant makes, uses, offers for sale, sells, and/or imports certain products and services, including without limitation mobile phones with Qualcomm Snapdragon SoCs containing at least one Hexagon DSP, including without limitation the Motorola Edge ("Accused Products"), that directly infringe, literally and/or under the doctrine of equivalents, one or more claims of the '014 Patent.

10. The Accused Products satisfy all claim limitations of one or more claims of the '014 Patent. A claim chart comparing exemplary independent claim 1 of the '014 Patent to representative Accused Products is attached as Exhibit 2 and incorporated by reference herein.

11. By making, using, offering for sale, selling and/or importing into the United States the Accused Products, Defendant has injured Plaintiff and is liable for infringement of the '014 Patent pursuant to 35 U.S.C. § 271.

12. As a result of Defendant's infringement of the '014 Patent, Plaintiff is entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter:

a. A judgment in favor of Plaintiff that Defendant has infringed, either literally and/or under the doctrine of equivalents, the '014 Patent;

b. A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and pre-judgment and post-judgment interest for Defendant's infringement of the '014 Patent; and

d. A judgment and order requiring Defendant to provide an accounting and to pay supplemental damages to Plaintiff, including without limitation, pre-judgment and post-judgment interest;

e. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees against Defendant; and

f. Any and all other relief as the Court may deem appropriate and just under the circumstances.

**DEMAND FOR JURY TRIAL**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: March 28, 2022          Respectfully submitted,

*/s/ George N. Vurdelja, Jr.*

George N. Vurdelja, Jr. (6181504)
Harrison & Held, LLP
333 West Wacker Drive
Suite 1700
Chicago, IL 60606
312.753.6161
FAX:312.753.6162
gvurdelja@harrisonheld.com

Reza Mirzaie
(CA SBN 246953, *pro hac vice* forthcoming)
rmirzaie@raklaw.com
Marc A. Fenster
(CA SBN 181067, *pro hac vice* forthcoming)
mfenster@raklaw.com
Brian D. Ledahl
(CA SBN 186579, *pro hac vice* forthcoming)
bledahl@raklaw.com
Paul A. Kroeger
(CA SBN 229074, *pro hac vice* forthcoming)
pkroeger@raklaw.com
James A. Milkey
(CA SBN 281213, *pro hac vice* forthcoming)
jmilkey@raklaw.com
Amy E. Hayden
(CA SBN 287026, *pro hac vice* forthcoming)
ahayden@raklaw.com
Christian W. Conkle
(CA SBN 306374, *pro hac vice* forthcoming)
cconkle@raklaw.com
Jonathan Ma
(CA SBN 312773, *pro hac vice* forthcoming)
jma@raklaw.com
David T. Shackelford
(CA SBN 318149, *pro hac vice* forthcoming)
dshackelford@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff Sonrai Memory Limited***